# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

### No. 201700372

_____

### UNITED STATES OF AMERICA
Appellee

v.

### CORY D. SIKES
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Leon J. Francis, USMC.
Convening Authority: Commanding General, 1st Marine Aircraft Wing, Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Melanie J. Mann, USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 23 March 2018

_____

Before MARKS, WOODARD, and GERDING, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court